**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                    Case No.: 20-10981-AJC
                                                          Chapter 13

　　　Diego Toribio
_____Debtor(s)_____/

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| *Claim No.* | *Name of Claimant* | *Amount of Claim* |
|---|---|---|
| 2-1 | Internal Revenue Service | $1,340.85 |

Basis for Objection and Recommended Disposition

On or about February 24, 2020, Creditor filed a priority unsecured proof of claim in the amount of $1,340.85 as an estimate for the Debtor's 2019 income taxes. The Debtor filed his taxes subsequent to the filing of the proof of claim and his 2019 income tax liability is $838. Debtor requests the claim be allowed to the extent that the liability is for $838.00. Therefore, the claim should be reduced to a total priority amount of $838.00.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED:  April 22, 2020                    Respectfully Submitted:

　　　　　　　　　　　　　　　　　　　Robert Sanchez, P.A.
　　　　　　　　　　　　　　　　　　　355 West 49th Street
　　　　　　　　　　　　　　　　　　　Hialeah, FL 33012
　　　　　　　　　　　　　　　　　　　Fl. Bar No. 0442161
　　　　　　　　　　　　　　　　　　　Telephone: (305) 687-8008
　　　　　　　　　　　　　　　　　　　E-Mail: court@bankruptcyclinic.com

LF-70 (rev. 12/01/09)